# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN J. SEVILLA,<br><br>      Plaintiff,<br><br>      v.<br><br>MERCEDES-BENZ USA, LLC,<br><br>      Defendant. | Case No. 1:25-cv-01682-SAB<br><br>ORDER DISCHARGING FEBRUARY 17, 2026 ORDER TO SHOW CAUSE<br><br>(ECF No. 6)<br><br>ORDER DIRECTING CLERK OF COURT TO ADD ATTORNEY ROHIT SENGUPTA AS ATTORNEY OF RECORD FOR DEFENDANT<br><br>(ECF No. 7) |

On February 17, 2026, the Court held a mandatory initial scheduling conference in this matter. (ECF No. 5.) No counsel for Plaintiff appeared, and the Court issued an order to show cause, ordering Plaintiff to show cause in writing why the Court should not impose sanctions. (ECF No. 6.) Plaintiff timely complied, offering that his absence was due to a mis-calendaring and that counsel for Plaintiff and his firm have taken additional steps to implement further calendaring safeguards to ensure all future Court-ordered appearances. (ECF No. 9.)

Satisfied with the response, the Court HEREBY DISCHARGES the February 17, 2026 order to show cause. (ECF No. 6.)

In addition, following the scheduling conference, the Court directed Attorney Rohit Sengupta make a notice of appearance on behalf of Defendant. Attorney Sengupta ECF filed a "Notice of Ruling," but, upon inspection of the document, Attorney Sengupta has actually filed a

notice of appearance.  (ECF No. 7.)

Therefore, the Court DIRECTS the Clerk of the Court to add Attorney Rohit Sengupta as attorney of record for Defendant.

IT IS SO ORDERED.

Dated:    **February 19, 2026**

STANLEY A. BOONE
United States Magistrate Judge